**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWARD SAUNDERS,

                    Plaintiff,

   -against-                                    20 **CIVIL** 5805(GHW)

                                                              **JUDGMENT**

NEW YORK CONVENTION CENTER
OPERATING CORPORATION *d/b/a* Jacob K.
Javits Convention Center, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated August 19, 2022, the Carpenters Council's motion to dismiss is granted.

**Dated:**  New York, New York

      August 23, 2022

                                                       **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                          **BY:**

                                                                     **Deputy Clerk**