UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD SAUNDERS                                  :

                Plaintiffs,                    :     ORDER

    -v.-                                                   :
                                                        20 Civ. 5805(GHW) (GWG)

NEW YORK CONVENTION CENTER       :
OPERATING CORPORATION et al.,
                                             :

                Defendants.
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       In case there was ambiguity in the Court's Order of October 21, 2022, this Order is to clarify that the insurance company representative may participate by telephone. Counsel should come prepared with a phone number where the representative can be reached.

       SO ORDERED.

Dated: November 10, 2022
       New York, New York

                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge